# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-01522-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: October 6, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| SHIRLEEN A. ASBURY, *et al.*, | L. Dan Rector |
| **Plaintiffs,** | |
| v. | |
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, *et al.*, | A. Peter Gregory |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:   1:32 p.m.**
Court calls case. Appearances of counsel.

Counsel present arguments to the court regarding Plaintiffs' Motion for Leave to Amend Complaint to Include a Claim for Punitive Damages Against Defendant American Family Insurance [filed August 18, 2008; doc. 18].

**ORDERED:   Plaintiffs' Motion for Leave to Amend Complaint to Include a Claim for Punitive Damages Against Defendant American Family Insurance [filed August 18, 2008; doc. 18] is granted for the reasons stated on the record. Plaintiffs' prayer for relief is deemed amended to include a request for punitive damages, and defendants' answer is deemed to deny that prayer for relief in its entirety.**

HEARING CONCLUDED.

**Court in recess:   1:43 p.m.**
Total time in court:   00:11

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.