IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01522-REB-CBS

SHIRLEEN ASBURY,
QUENT MAYO,
DELORES CAMBER,
JOSEPHINE GIBSON,
DARLA BARELA,
FRANCES VALLES, and
SANDRA VALLES,

    Plaintiffs,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,
NANCY QUINN, and
JOHN BRAWNER AGENCY, INC.,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that parties' Joint Motion to Amend Pretrial Order (*doc. #41*) is DENIED, without prejudice.

    Counsel are advised that pursuant to the Trial Preparation Conference Order (*doc. #26*) filed on September 3, 2008, District Judge Blackburn set a February 12, 2009 deadline for Fed.R.Evid. 702 motions. Unless or until that deadline changes, parties' expert report deadlines shall remain unchanged.

**DATED:**    December 11, 2008